**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2178**

_____

RUSSELL MORTON, JR.,

        Plaintiff - Appellant,

    v.

DAVID STEINER, USPS Postmaster General,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:23-cv-00618-RCY)

_____

Submitted:  March 12, 2026                    Decided:  March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Russell Morton, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Morton, Jr., appeals the district court's order granting Defendant's motion to dismiss Morton's claims brought pursuant to the Federal Employees' Compensation Act, 5 U.S.C. §§ 8101 to 8193, and the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*.[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

We have reviewed the record in conjunction with the arguments Morton raises on appeal and find no reversible error. *See Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009) (holding that, to survive a motion to dismiss, a plaintiff's allegations must "state[] a plausible claim for relief" that "permit[s] the court to infer more than the mere possibility of misconduct" based upon "its judicial experience and common sense"); *Moore v. Frazier*, 941 F.3d 717, 725 (4th Cir. 2019) (reiterating that this court may affirm a district court's order "on any ground apparent on the record"). Accordingly, we affirm the district court's order. *Morton v. Steiner*, No. 3:23-cv-00618-RCY (E.D. Va. Sep. 30, 2025). We dispense

---

[*] Morton has filed a motion for leave to file supplemental information, two supplemental motions for leave to file supplemental information, and a motion for leave to file omitted exhibits. We grant Morton's motion for leave to file supplemental information but deny the remaining motions. *Cf. Cox v. SNAP, Inc.*, 859 F.3d 304, 306 n.1 (4th Cir. 2017) (recognizing that "[i]ssues raised for the first time on appeal are generally not considered by this Court" (citation modified)).

2

with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*